

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00230-CV

## Trial Court No. 2014-4404CV

**Harold & Delores Patton**

**Vs.**

**Loancare, LLC**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Cornelia A Hartman |
| Motion fee | $10.00 | Cortney Ortega |
| Clerk's record | $175.00 | J Keith Stanley |
| Required Texas.gov efiling fee | $20.00 | Courtney Ortega |
| Supreme Court chapter 51 fee | $50.00 | Courtney Ortega |
| Indigent | $25.00 | Courtney Ortega |
| Filing | $100.00 | Cortney Ortega |
| **TOTAL:** | $390.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 13th day of November 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk